UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J. F., a minor by and through his guardian *ad litem*, T.W.

Plaintiff,

v.

HUMBOLDT COUNTY, et al.,

Defendants.

Case No. 26-cv-03331-SVK

**ORDER GRANTING MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM**

Re: Dkt. No. 14

Minor Plaintiff J.F. brings this action against Defendants. Dkt. 1. "To maintain a suit in a federal court, a child or mental incompetent must be represented by a competent adult." *Doe ex rel. Sisco v. Weed Union Elementary School Dist.*, 2:13-cv-01145, 2013 WL 2666024 at *1 (E.D. Cal. June 12, 2013) (citation omitted). Rule 17(c)(2) allows that "[a] minor or an incompetent person who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem," as appointed by the Court. Fed. R. Civ. P. 17(c)(2). Accordingly, Plaintiff moves for the appointment of his mother, T.W., as his guardian *ad litem*.

T.W. is Plaintiff's biological mother, has custody over J.F. and appears competent and willing. *Id.* A court has broad discretion in ruling on a *guardian ad litem* application. *Basque v. Cty. of Placer*, 2017 U.S. Dist. LEXIS 117290 at *2 (E.D. Cal. July 26, 2017). In general, a parent is presumed to act in his or her child's best interest. *Parham v. J.R.*, 442 U.S. 584, 604 (U.S. 1979). Good cause appearing, the Court **GRANTS** the motion and so **APPOINTS** T.W.

**SO ORDERED.**

Dated: May 22, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California