BRIAN E. CLAYPOOL (SBN 134674)
NATHALIE VALLEJOS (SBN 324721)
**THE CLAYPOOL LAW FIRM**
4 East Holly Street, Suite 201
Pasadena, California 91103
Telephone: (626) 602-1333
brian@claypoollawfirm.com
nathalie@claypoollawfirm.com

Jay Paul Deratany (SBN 6197097; FL SBN 0837880)
*Pro Hac Vice*
**THE DERATANY FIRM**
221 N. LaSalle St., Suite 2200
Chicago, IL 60601
Telephone:(312) 857-7285
jpderatany@lawinjury.com

Erik L. Bauer (WSBA No.:14937)
*Pro Have Vice*
**THE LAW OFFICE OF ERIK L. BAUER**
215 Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-2000
erik@erikbauerlaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| J.F., a minor through his GUARDIAN AD LITEM, T.W., <br><br> Plaintiff, <br><br> vs. <br><br> HUMBOLDT COUNTY; DEBRA AVENMARG; HUMBOLDT COUNTY CHILD WELFARE SERVICE; DOES 1 through 50. <br><br> Defendants. | Case No.   5:26-cv-03331 <br><br> ~~[PROPOSED]~~ **ORDER FOR ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** <br><br> Hon. Susan Van Keulen |

1

## [PROPOSED] ORDER

Good cause appearing, the motion is GRANTED. The Case Management Conference is rescheduled to   November 10, 2026   at      9:30 a.m.      time.

**IT IS SO ORDERED**


Date:        July 6, 2026                    By: _Susan van Keulen_
                                             SUSAN VAN KEULEN
                                             United States Magistrate Judge