United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J. F.,

Plaintiff,

v.

HUMBOLDT COUNTY, et al.,

Defendants.

Case No. 26-cv-03331-EKL

**ORDER TO SHOW CAUSE REGARDING FAILURE TO SERVE**

On April 20, 2026, Plaintiff filed a complaint in this case. ECF No. 1. Under Federal Rule of Civil Procedure 4(m), Plaintiff had 90 days from the date the complaint was filed to serve the Defendants. That period expired on July 20, 2026, as to Defendant Debra Avenmarg. As of the date of this Order, Plaintiff has failed to file proof of service as to Defendant Debra Avenmarg. Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than September 14, 2026, why his claims against Defendant Debra Avenmarg should not be dismissed without prejudice for lack of timely service and failure to prosecute as to that particular defendant.

**IT IS SO ORDERED.**

Dated: August 31, 2026

Eumi K. Lee
United States District Judge